CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
EASTWIND CARRIERS (U.K.) LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EASTWIND CARRIERS (U.K.) LTD.,

                Plaintiff,

v.

TRADHOL INTERNACIONAL, S.A.,

                Defendant.
------------------------------------------------------------X

**RULE 7.1 STATEMENT**

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, EASTWIND CARRIERS (U.K.) LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       March 21, 2008

                                     CHALOS, O'CONNOR & DUFFY, LLP
                                     Attorneys for Plaintiff,
                                     EASTWIND CARRIERS (U.K.) LTD.

               By: _____
                      Owen F. Duffy (OD-3144)
                      George E. Murray (GM-4172)
                      366 Main Street
                      Port Washington, New York 11050
                      Tel: (516) 767-3600
                      Fax: (516) 767-3605