CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
Eastwind Carriers (U.K.), Ltd.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EASTWIND CARRIERS (U.K.) LTD.,

           Plaintiff,

           08 CV 2999 (RWS)

   v.

TRADHOL INTERNACIONAL, S.A.,

           Defendant.
-----------------------------------------------------------X

### ORDER VACATING PROCESS OF MARITIME ATTACHMENT, DIRECTING THE RELEASE OF FUNDS UNDER ATTACHMENT IN NEW YORK AND DISMISSING THE CAPTIONED ACTION

**WHEREAS**, pursuant to Process of Maritime Attachment and Garnishment, the Plaintiff attached funds belonging to the Defendant in the amount of $475,010.56 at Bank of America, N.A. and Wachovia Bank N.A.;

**WHEREAS**, the Defendant Tradhol Internacional, S.A. has not appeared in the action, but the parties have now resolved their differences and reached agreement to settle the claims;

**WHEREAS**, the Plaintiff and Defendant have presented evidence of the settlement by way of a signed Settlement Agreement;

NOW, THE COURT HAVING REVIEWED THE DECLARATION OF MR. JUAN ANTONIO RODRIGUEZ AND THE APPLICATION OF THE PLAINTIFF'S COUNSEL,

IT IS HEREBY ORDERED that the that the Process of Maritime Attachment, issued pursuant to this Court's Order dated March 24, 2008 in the above-captioned matter is hereby vacated and all garnishees that have been served with the Process of Maritime Attachment are no longer required to comply with the Process of Maritime Attachment and Garnishment and that any and all property of the Defendant Tradhol Internacional, S.A. that has been restrained by garnishee banks Bank of America, N.A. and Wachovia Bank N.A. are to be immediately released pursuant to the below direction of the Court;

IT IS HEREBY ORDERED that the garnishee, Bank of America, N.A., which has restrained, and is holding, a payment in the amount of $335,000.00, shall release said funds and disburse them as follows:

- The sum of $325,000.00 shall be wired transferred to the IOLA account of the Plaintiff's counsel, Chalos, O'Connor & Duffy LLP, the details of which are: State Bank of Long Island; 960 Port Washington Blvd., Port Washington, NY 11050; ABA 021401617; Chalos, O'Connor & Duffy IOLA Account: 1517007976; and
- The sum of $10,000.00 will be wired to the defendant Tradhol Internacional, S.A. at:
  COMMERZBANK AG
  Paseo de la Castellana, 110
  28046-Madrid
  España
  SWIFT: COBAESMXXX
  IBAN: ES34 0159 0001 3136 5441 5840
  USD ACCOUNT: 0159 0001 31 3654415840

2

IT IS HEREBY ORDERED that the garnishee, Wachovia Bank, N.A., which has restrained, and is holding, a payment in the amount of $140,010.56, shall release said funds and disburse them to Tradhol Internacional, S.A. at:

> COMMERZBANK AG
> Paseo de la Castellana, 110
> 28046-Madrid
> España
> SWIFT: COBAESMXXX
> IBAN: ES34 0159 0001 3136 5441 5840
> USD ACCOUNT: 0159 0001 31 3654415840

IT IS HEREBY ORDERED, that upon receipt thereof, Plaintiff's counsel is to communicate the contents of this Order to every garnishee served with said Process, and is to serve a copy of this Order on said garnishees by the most expeditious means possible within 24 hours of receipt of a signed copy of this Order, and the Plaintiff's counsel is to immediately send a copy of this Order to the Defendant.

IT IS HEREBY ORDERED that this action be and the same is hereby dismissed, with prejudice and without costs.

Dated: New York, New York
April 3, 2008

SO ORDERED:

_____
Hon. Robert W. Sweet,
United States District Judge

3